UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

RECEIVED

10 MAR -2 AM 9:30

U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN

IN RE:

KURT F MULLINS
MARIAN R MULLINS
  Debtor(s)

UNCLAIMED DIVIDENDS FOR
DEPOSIT TO REGISTRY FUND

CASE NO. BKY 05-41113 NCD

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to Kurt F Mullins and Marian R Mullins in the amount of $143.78, were unclaimed.

| CREDITOR: | | CLAIM NUMBER: | AMOUNT: |
|---|---|---|---|
| Kurt F Mullins | Marian R Mullins | | $143.78 |
| 3975 North Nellis Blvd. | 5325 Audobon Ave | | |
| #1150 | #303 | | |
| Las Vegas NV 89115 | Inver Grove Hts, MN 55077 | | |

ACCOUNT NUMBER:
REFUND

Jasmine Z. Keller, Trustee

Dated: March 1, 2010

/s/ Jasmine Z. Keller/jj
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee